Circuit Court for Anne Arundel County
Case Nos. 02-K-97-001328 & 02-K-97-001344

IN THE COURT OF APPEALS

OF MARYLAND

No. 47

September Term, 2018

GORDON PACK

v.

STATE OF MARYLAND

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: October 17, 2018

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document " authentic.



Suzanne C. Johnson, Acting Clerk

GORDON PACK        *    IN THE

            *    COURT OF APPEALS

    v.           *    OF MARYLAND

            *    No. 47

STATE OF MARYLAND     *    September Term, 2018

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this 17th day of October, 2018,

ORDERED, by the Court of Appeals of Maryland, that, a majority of the Court concurring, the judgment of the Court of Special Appeals is affirmed for the reasons set forth in the opinion in *James E. Bowie v. State of Maryland*, No. 55, September Term, 2017 (August 29, 2018).   Costs to be paid by Petitioner.

             /s/ Clayton Greene, Jr.
               Senior Judge